# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICHARD E. WEAVER,            )
                              )
        Plaintiff,            )
                              )
    v.                        )
                              )    1:04CV1068
MICHAEL J. ASTRUE,            )
Commissioner of Social Security, )
                              )
        Defendant.            )

**ORDER**

On May 13, 2010, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation.

The court has made a de novo determination which is in accord with the Magistrate Judge's report.  The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for summary judgment seeking a reversal of the Commissioner's decision [Doc. 20] be **DENIED**, that Defendant's motion for judgment on the pleadings [Doc. 22] be **GRANTED**, that the Commissioner's decision finding no disability be **AFFIRMED**, and that this action be

**DISMISSED** with prejudice.  A Judgment dismissing this action will be entered contemporaneously with this Order.

                                                                             /s/ William L. Osteen, Jr.
                                                               United States District Judge

October 13, 2010